McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JIE CHEN, ET AL., | CASE NO. 2:20-CV-2319 KJM KLN |
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

The United States respectfully requests a 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is March 25, 2021. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated: January 19, 2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiffs

ORDER

It is so ordered.

DATED: January 21, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2