IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JIE CHEN, ET AL.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF STATE, ET AL.,<br><br>                    Defendants. | CASE NO.  2:20-CV-2319 KJM KLN<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

      The United States respectfully requests a second 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose.  The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is May 25, 2021.  The parties further request that all other filing deadlines be similarly extended.  The Status (Pretrial Scheduling) Conference set for May 6, 2021 is reset for July 8, 2021 at 2:30 PM

1

                                                      Respectfully submitted,

Dated:  March 23, 2021                         McGREGOR W. SCOTT
                                                      United States Attorney

                                        By:  /s/ AUDREY B. HEMESATH
                                                     AUDREY B. HEMESATH
                                                   Assistant United States Attorney

                                                   /s/ CHIEN-YU MICHAEL WANG
                                                   CHIEN-YU MICHAEL WANG
                                                 Counsel for Plaintiffs

                                                      <u>ORDER</u>

       It is so ordered.

DATED:  March 29, 2021.

                                                   CHIEF UNITED STATES DISTRICT JUDGE