1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JACK JIE CHEN, ET AL., | CASE NO. 2:20-CV-2319 KJM KLN |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is July 26, 2021. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated: May 14, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney


/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiffs

ORDER

The court extends the defendants time to file an answer or other dispositive pleading, such filings are due on or before July 26, 2021. The Status (Pretrial Scheduling) Conference set for July 8, 2021 is reset for at August 19, 2021 at 2:30 PM.

It is so ordered.

DATED: May 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE