PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JACK CHEN, et al.

        Plaintiff,

        v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,

        Defendants.

Case No.: 2:20-cv-2319 KJM

**JOINT STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to dismissal of this action in its entirety.

Dated: July 9, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Michael Wang
MICHAEL WANG
Attorney for the Plaintiff

## ORDER

The court adopts the parties' stipulated dismissal. The Clerk of Court is directed to close the case. This order resolves ECF No. 13.

IT IS SO ORDERED.

DATED: July 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE